IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY E. SVEA,

    Petitioner,                                    JUDGMENT IN A CIVIL CASE

v.                                           Case No. 16-cv-228-jdp

DENISE SYMDON,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Timothy E. Svea's petition for a writ of habeas corpus under 28 U.S.C. § 2254 as untimely.

    /s/                                                          8/29/2016

Peter Oppeneer, Clerk of Court                      Date